IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § § | **NO. 6:24-CR-00154(1)-ADA** |
| **(1) EDGAR DOMINGUEZ LOPEZ** | § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Dan MacLemore. Dkt. 45. The report recommends that Mr. Dominguez-Lopez's current supervision be REVOKED, and that Mr. Dominguez-Lopez be sentenced to: (1) a period of incarceration of three (3) months, with credit for any time already served since his arrest; and (2) no period of supervised release to follow. The report was filed on December 10, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). Both parties waived their right to object to this report and recommendation pursuant to 28 U.S.C. Section 636(b)(1)(C). Dkt. 44.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge MacLemore (Dkt. 45) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Mr. Dominguez-Lopez's current supervision be REVOKED, and that Mr. Dominguez-Lopez is sentenced to: (1) a period of incarceration of three (3) months, with credit for any time already served since his arrest; and (2) no period of supervised release to follow.

**SIGNED** this 18th day of December, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE